IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **STATE FARM FIRE & CASUALTY CO., a/s/o LUGRETTA BRYANT** *Plaintiff* | : : : : | **CIVIL ACTION** **NO. 19-1947** |
| v. | : : | |
| **JOSHUA COHEN** *Defendant* | : : | |

# ORDER

**AND NOW**, this 8th day of September 2020, upon consideration of the *motion for summary judgment* filed by Defendant Joshua Cohen ("Defendant Cohen"), [ECF 29], Plaintiff's response in opposition thereto, [ECF 35], and Defendant Cohen's reply, [ECF 41], it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion, Defendant Cohen's motion for summary judgment is **GRANTED**, and **JUDGMENT** is entered in favor of Defendant Joshua Cohen and against Plaintiff State Farm Fire & Casualty Co., a/s/o Lugretta Bryant.

The Clerk of Court is directed to mark this case **CLOSED**.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*